```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 09572
    ELIZABETH L BUSSE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2823

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/18/2008 and was confirmed 06/19/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
Z TEL COMMUNICATIONS       UNSECURED       NOT FILED           .00           .00
COMCAST                    NOTICE ONLY     NOT FILED           .00           .00
BUD S AMBULANCE SERVICE    UNSECURED       NOT FILED           .00           .00
FORD MOTOR CREDIT          UNSECURED        25667.43           .00           .00
LARRY E ERLINDER DPM       UNSECURED          242.60           .00           .00
PEMS                       UNSECURED       NOT FILED           .00           .00
HIGH TECH MEDICAL PARK     UNSECURED       NOT FILED           .00           .00
PMI DIAGNOSTIC IMAGING     UNSECURED       NOT FILED           .00           .00
PALOS COMMUNITY HOSPITAL   UNSECURED       NOT FILED           .00           .00
PALOS COMMUNITY HOSPITAL   UNSECURED       NOT FILED           .00           .00
PALOS COMMUNITY HOSPITAL   UNSECURED       NOT FILED           .00           .00
CHASE MANHATTAN MTG CORP   CURRENT MORTG         .00           .00           .00
CHASE MANHATTAN MTG CORP   MORTGAGE ARRE        .00           .00           .00
ROGER KREIS SR             NOTICE ONLY     NOT FILED           .00           .00
LEGAL HELPERS PC           DEBTOR ATTY       2,628.00                     604.44
TOM VAUGHN                 TRUSTEE                                         52.56
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  657.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                       604.44
TRUSTEE COMPENSATION                                  52.56
DEBTOR REFUND                                           .00
                        ---------------      ---------------
TOTALS                   657.00                      657.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 09572 ELIZABETH L BUSSE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                              PAGE   2
        CASE NO. 08 B 09572 ELIZABETH L BUSSE
```